IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                CASE NO. 1:09-cv-00230-MP-AK

MISCELLANEOUS COMPUTER EQUIPMENT,

    Defendant.

_____/

## **DECREE OF FORFEITURE**

    This matter is before the Court on Doc. 5, Motion for Forfeiture of Property, filed by the United States of America. On October 22, 2009, a Verified Complaint of Forfeiture In Rem against the defendant property, Miscellaneous Computer Equipment, more specifically described as: Dell Dimension 4300 desktop computer, SN: G812111; Dell Latitude D820 laptop computer, SN: CN03F240-48643-6AD-4384; and a Teak model 3DH hard drive, SN: 3084022, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 18 U.S.C. §§ 2254 and 2428.

    It appears that process was fully issued in this action according to law:

    Pursuant to Rule G (4)(a)(i)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, "notice need not be published if the defendant property is worth less than $1,000 and direct notice is sent under Rule G(4)(b) to every person the government can reasonably identify as a potential claimant."

    According to the FBI, the defendant property was worth $751.00 at the time of seizure.

    Notice was sent to Robert Harper, attorney for owner/claimant Seth Jerchower.

No claim has been filed by any person or entity.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

the Defendant property, Miscellaneous Computer Equipment, more specifically described as: Dell Dimension 4300 desktop computer, SN: G812111; Dell Latitude D820 laptop computer, SN: CN03F240-48643-6AD-4384; and a Teak model 3DH hard drive, SN: 3084022, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this _7th_ day of July, 2010

      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge